IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAMERON DOUGLAS,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2780

Opinion filed September 20, 2016.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Cameron Douglas, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Tayo Popoola and Thomas H. Duffy,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.